UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AMY L. COOLEY,<br><br>     Plaintiff,<br><br> v.<br><br>AUTOVEST, LLC., a Michigan corporation,<br><br>     Defendant. | NO:  2:15-CV-164-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

  **BEFORE** the Court is Plaintiff's Notice of Voluntary Dismissal Pursuant to FRCP 41(a)(1)(A)(i), ECF No. 4.  Having reviewed the Notice and the file and pleadings therein, the Court finds good cause to approve dismissal.  Accordingly,

**IT IS HEREBY ORDERED:**

  1. Plaintiff's Notice of Voluntary Dismissal, **ECF No. 4**, is **APPROVED**.  Plaintiff's Complaint is dismissed with prejudice and without costs to any party.

  2. All pending motions, if any, are **DENIED AS MOOT**.

  3. All scheduled court hearings, if any, are **STRICKEN**.

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

1 | The District Court Clerk is directed to enter this Order, provide copies to
2 | counsel, and **close this case**.
3 |     **DATED** this 16th day of November 2015.
4
5 |                *s/ Rosanna Malouf Peterson*
6 |                ROSANNA MALOUF PETERSON
               Chief United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2